**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 07-5669 ODW(VBKx) |
| Date | October 1, 2007 |
| Title | Robert Nelson, et al. v. National Aeronautics and Space Administration, et al. |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:

Dan Stormer
Virginia Keeny
Sanjukta Paul

Attorneys Present for Defendants:

Victoria Stratman
Mark Holscher
Alexander Pilmer
Vesper Mei
Wendy Ertmer

**Proceedings:** **Plaintiffs' Motion for Preliminary Injunction (Filed 8/30/07)**

Case called, appearances made. The Court confers with counsel and hears oral argument.

The matter stands submitted. An order will issue.

The Court sets a Hearing Re: Permanent Injunction for Friday, October 19, 2007 at 3:30 p.m.



| | 1 | | 10 |
|---|---|---|---|
| Initials of Preparer | RGN | | |