1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT M. NELSON, et al.<br><br>              Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND<br>SPACE ADMINISTRATION, et al.<br><br>             Defendants. | CASE NO. CV 07-05669 ODW (VBKx)<br><br>Order **GRANTING** Defendants' Motion to Dismiss [151] (Filed 06/08/11) and **VACATING** Hearing Thereon<br><br>Order **VACATING** March 13, 2008 Preliminary Injunction<br><br>Order **DISMISSING** Case with Prejudice |

      **IT IS SO ORDERED** that, in light of the United States Supreme Court's decision in the above-captioned matter, Defendant's pending Motion is hereby **GRANTED**. The July 11, 2011 hearing on this matter is **VACATED** and no appearances are necessary. Furthermore, the preliminary injunction entered by this Court on March 13, 2008 is **VACATED**, and this matter is **DISMISSED** with prejudice, each party to bear its own fees and costs.

      June 22, 2011

                                   _____

                             HON. OTIS D. WRIGHT, II
                     UNITED STATES DISTRICT JUDGE