O
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT M. NELSON, et al.<br><br>         Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.<br><br>         Defendants. | CASE NO. CV 07-05669 ODW (VBKx)<br><br>Order **GRANTING** Defendants' Motion to Dismiss [151] (Filed 06/08/11) and **VACATING** Hearing Thereon<br><br>Order **VACATING** March 13, 2008 Preliminary Injunction<br><br>Order **DISMISSING** Case with Prejudice |

     **IT IS SO ORDERED** that, in light of the United States Supreme Court's decision in the above-captioned matter, Defendant's pending Motion is hereby **GRANTED**. The July 11, 2011 hearing on this matter is **VACATED** and no appearances are necessary. Furthermore, the preliminary injunction entered by this Court on March 13, 2008 is **VACATED**, and this matter is **DISMISSED** with prejudice, each party to bear its own fees and costs.

June 22, 2011

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE